26 July 24, 2024 No. 514

***This is a nonprecedential memorandum opinion pursuant to ORAP 10.30 and may not be cited except as provided in ORAP 10.30(1).***

IN THE COURT OF APPEALS OF THE
STATE OF OREGON

STATE OF OREGON,
*Plaintiff-Respondent,*

*v.*

RIGOBERTO RODRIGUEZ-MORALES,
*Defendant-Appellant.*

Marion County Circuit Court
22CR62123, 23CR09329; A181387 (Control), A181388

Audrey J. Broyles, Judge.

Submitted June 14, 2024.

Ernest G. Lannet, Chief Defender, Criminal Appellate Section, and Stephanie J. Hortsch, Deputy Public Defender, Oregon Public Defense Commission, filed the brief for appellant.

Jennifer S. Lloyd, Assistant Attorney General, waived appearance for respondent.

Before Lagesen, Chief Judge, and Egan, Judge.

EGAN, J.

Affirmed.

**EGAN, J.**

In this consolidated appeal, defendant appeals two judgments of conviction. His appointed counsel filed a brief pursuant to ORAP 5.90 and *State v. Balfour*, 311 Or 434, 814 P2d 1069 (1991). The brief does not contain a Section B. *See* ORAP 5.90(1)(b). We affirm.[1]

In Case No. 22CR62123, defendant pleaded guilty to menacing, ORS 163.190, and resisting arrest, ORS 162.315. In Case No. 23CR09329, defendant pleaded guilty to assault in the fourth degree, ORS 163.160(2), and two counts of menacing, ORS 163.190. In the earlier case, Case No. 22CR62123, the trial court found defendant to be in violation of his probation and it was revoked. In Case No. 23CR09329, the trial court sentenced defendant to two consecutive terms of 364 days in jail. In Case No. 22CR62123, for the probation violation, the trial court sentenced defendant to an additional consecutive term of 364 days in jail.

Having reviewed the record, including the trial court file in both cases, the transcript of the hearings, and the *Balfour* brief, and taking into account our statutorily circumscribed authority to review, *see* ORS 138.105, we have identified no arguably meritorious issues.

Affirmed.

---

[1] As authorized by ORS 2.570(2)(b), this matter is determined by a two-judge panel. *See, e.g.*, *State v. Yother*, 310 Or App 563, 484 P3d 1098 (2021) (deciding matter submitted through *Balfour* process by two-judge panel); *Ballinger v. Nooth*, 254 Or App 402, 295 P3d 115 (2012), *rev den*, 353 Or 747 (2013) (same).